Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Joseph D. Christian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSEPH D. CHRISTIAN, | Case No.: 11-8989 CJC (SS) |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF ~~DISMISSAL~~ |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 5/3/12

*[signature]*

THE HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

-1-